# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff, | : | CASE NO. 2:22-CR-19-002 |
| v. | : | JUDGE JAMES L. GRAHAM |
| JONATHAN A. FROST, | : | |
| Defendant. | : | |

## MOTION FOR TRAVEL AUTHORIZATION

Defendant Jonathan A. Frost, through undersigned counsel, respectfully moves the Court for an Order authorizing his travel to Macon, Georgia. The reasons in support of this Motion are set forth in the following Memorandum.

Respectfully submitted,

**/s/ Samuel H. Shamansky**
SAMUEL H. SHAMANSKY CO., L.P.A.
Ohio Supreme Court No. (0030772)
523 South Third Street
Columbus, Ohio 43215
(614) 242-3939 – Phone
(614) 242-3999 – Fax
shamanskyco@gmail.com

Counsel for Defendant

**MEMORANDUM**

Defendant seeks to attend a memorial for his grandmother who recently passed. The service is being held in Macon, Georgia. Mr. Frost intends to begin the drive to Georgia on Tuesday, March 28, 2023, and return to Katy, Texas by Saturday, April 1, 2023. He will, at all times, be accompanied by a parent.

This matter has been discussed with Assistant United States Attorney Jessica Knight, who is not opposed so long as Mr. Frost's travel is approved by pretrial services. Defendant has informed undersigned counsel that he contacted and received such permission from the probation office.

Accordingly, based on the foregoing, Mr. Frost respectfully requests that this motion be granted so he may attend his grandmother's funeral.

Respectfully submitted,

**/s/ Samuel H. Shamansky**
SAMUEL H. SHAMANSKY CO., L.P.A.
Ohio Supreme Court No. (0030772)
523 South Third Street
Columbus, Ohio 43215
(614) 242-3939 – Phone
(614) 242-3999 – Fax
shamanskyco@gmail.com

Counsel for Defendant

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true copy of the foregoing was filed with the Clerk of Court for the Southern District of Ohio, which will send notification of such filing to Assistant United States Attorney Jessica Knight on March 10, 2023.

**/s/ Samuel H. Shamansky**
SAMUEL H. SHAMANSKY