United States District Court
Southern District of Ohio
Eastern Division at Columbus, Ohio

United States of America

-vs-

Jonathan Allen Frost                                                         Case No. 2:22-cr-019-2

COURTROOM MINUTES
Sentencing Hearing

| U.S. District Judge James L. Graham | | Date: April 21, 2023 @ 2:23 p.m. – 3:45 p.m. | |
|---|---|---|---|
| **Deputy Clerk** | Denise Shane | **Counsel for Govt:** | Jessica Knight/Justin T Sher |
| **Court Reporter** | Allison Kimmell | **Counsel for Deft(s):** | Samuel H. Shamansky |
| **Interpreter** |  | **Pretrial/Probation:** | Emily J Mueller |
| **Log In** | n/a | **Log Out** | n/a |

60 months incarceration
30 years supervised release
$100 special assessment
*Forfeiture