IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

United States of America

                                                                         Case No: 2:22-cr-19-3

    v.                                                                  Judge Graham

Jackson Matthew Sawall

<u>Provisional Sentence</u>

       Pursuant to the Order of Commitment (Doc. 132), the Court has found that Defendant Jackson Matthew Sawall is presently suffering from a mental disease or defect. 18 U.S.C. § 4244(d). In lieu of being sentenced to imprisonment, he has been committed to the custody of the Attorney General, who shall hospitalize the defendant for care or treatment in a suitable facility. *Id.* Such a commitment constitutes a provisional sentence of imprisonment to the maximum term authorized by law for the offense for which the defendant was found guilty. *Id.* Here, the maximum term authorized by law is 15 years. *See* 18 U.S.C. § 2339A(a).

       IT IS SO ORDERED.

                                                        s/ James L. Graham
                                                        JAMES L. GRAHAM
                                                       United States District Judge

DATE: April 24, 2023